IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01591-LTB-MEH

AGNES MLECZEK,

    Plaintiff,

v.

ASPEN SKIING COMPANY, LLC, a Colorado LLC,
BELL MOUNTAIN PARTNERS, an Illinois Limited Partnership,
BELL HIGHLAND CORPORATION, an Illinois corporation,
UNKNOWN SKIING COMPANY,
DONNI COCHRAN, individually, and as Agent of ASPEN SKIING COMPANY, LLC, and
UNKNOWN AGENT,

    Defendants.
_____

**ORDER**
_____

This case is before the Court on the Magistrate Judge's Recommendation that Defendants' Motion for Judgment on the Pleadings be granted and this action be dismissed with prejudice (Doc 33). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the Magistrate Judge's Recommendation is accepted and this action is DISMISSED WITH PREJUDICE.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED: January 8, 2008